AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

UNITED STATES OF AMERICA, Plaintiff

JUDGMENT IN A CIVIL CASE

V.

VICKIE A. WILDER, Defendant

CASE NUMBER: 96-2002-MA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant pay to the plaintiff the sum of $2,795.28 ($2,500.00 principal and $295.28 interest accrued through September 22, 1985, and interest to accrue at the rate of 9% per annum from and after September 22, 1985 to the date of judgment), plus costs in the amount of $45.00, plus interest from the date of judgment at the legal rate computed daily and compounded annually until paid in full, and any additional costs of suit which may accrue, payable in monthly installments of no less than $100.00 to begin one month from date of judgment.

APPROVED:

ROBERT M. McRAE, UNITED STATES DISTRICT JUDGE

Date

Clerk

(By) Deputy Clerk