UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

97 FEB 28  PH 2: 53

MICHAEL W. PARSONS,

    Plaintiff,

v.                                          No. 96-2002-TU

FEDERAL EXPRESS CORPORATION,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order, docketed February 26, 1997, which grants defendant's Motion for Summary Judgment.

APPROVED:

JEROME TURNER
UNITED STATES DISTRICT JUDGE

2/28/97
DATE

CERTIFIED TRUE COPY.
ROBERT R. DI TROLIO
U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

BY _____
DEPUTY CLERK

ROBERT R. DI TROLIO
CLERK

(BY) DEPUTY CLERK

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 2/28/97.

